# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

STEPHEN YOUNG,

        Defendant(s).

2:12-CR-126 JCM (PAL)

## ORDER

Presently before the court is defendant Stephen Young's motion to extend self-surrender date. (Doc. # 27) This motion seeks to delay defendant's self-surrender date to January 6, 2013.

As this date as already passed, the motion will be denied as moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to extend self-surrender date (doc. # 27) be, and at the same time hereby is, DENIED as moot.

DATED March 6, 2014.

                                                         */s/ James C. Mahan*
                                            **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**